UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
            :
EFRAIM BARENBAUM, Derivatively on Behalf of    : Case No.: 19-cv-5913
Nominal Defendant FTE NETWORKS, INC.,          :
            : Hon. Paul A. Engelmayer
            :
                    Plaintiffs,                :
            :
    -against -                                 :
            :
MICHAEL PALLESCHI, FRED SACRAMONE,             :
JAMES SHIAH, CHRISTOPHER FERGUSON,             :
LUISA INGARGIOLA, BRAD MITCHELL,               :
PATRICK O'HARE, DAVID LETHEM, LYNN             :
MARTIN, JEANNE KINGSLEY, and                   :
STEPHEN BERINI,                                :
            :
                    Defendants,                :
            :
    and                                        :
            :
FTE NETWORKS, INC.,                            :
            :
                    Nominal Defendant.         :
            :
----------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 12(b)(6) and upon the accompanying memorandum of law, Defendants Fred Sacramone, James Shiah, Jeanne Kingsley, and Stephen Berini move this Court, before the Honorable Paul A. Engelmayer, in Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order dismissing the above-captioned case as against them in its entirety for failure to state a derivative claim.

Dated: New York, New York
September 23, 2019

         PRYOR CASHMAN LLP

         By: _____
         James S. O'Brien, Jr.
         Rebecca Matte
         7 Times Square
         New York, New York 10036-6569
         (212) 421-4100
         rmatte@pryorcashman.com

         *Attorneys for Defendant Fred Sacramone, James Shiah, Jeanne Kingsley & Stephen Berini*

To:    GLANCY PRONGAY & MURRAY LLP
       Matthew M. Houston
       Benjamin I. Sachs-Michael
       712 Fifth Avenue
       New York, NY 10019
       (212) 935-7400

       GLANCY PRONGAY & MURRAY LLP
       Joseph Cohen
       Pavithra Rajesh
       1925 Century Park East, Suite 2100
       Los Angeles, CA 90067
       (310) 201-9150

       Jack Swick
       225 Broadway, Suite 1440
       New York, NY 10007
       (212) 385-1900

       *Attorneys for Plaintiff Efraim Barenbaum*

LOWENSTEIN SANDLER LLP
Zachary D. Rosenbaum
Jennifer Fiorica Delgado
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700

*Attorneys for Defendants Christopher Ferguson,
Luisa Ingargiola, Brad Mitchell & Patrick O'Hare*

K&L GATES LLP (NYC)
Joanna Andrea Diakos
599 Lexington Avenue
New York, NY 10022
(212) 536-4807

*Attorneys for Nominal Defendant FTE Networks, Inc.*